UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kenneth Daywitt, Justin Newman, Andrew Day, and Jacob Flom, | File No. 22-cv-7 (ECT/JFD) |
| Plaintiffs, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Minnesota Department of Human Services and Richard McHugh, *MSOP Moose Lake Polygraph examiner, in his individual and Official Capacity*, | |
| Defendants. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on February 8, 2022. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

  1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

  2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2

3. Each individual Plaintiff's application to proceed in forma pauperis in this action [ECF Nos. 2, 3, 4, 5], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 8, 2022 　　　　　　　　　　s/ Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　Eric C. Tostrud
　　　　　　　　　　　　　　　　　　　　United States District Court